SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@dapiinc.com

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson | ) Case No. **2:12-cv-00676-JAM-KJN** |
| Plaintiff; | ) **ORDER RE: REQUEST FOR DISMISSAL** |
| vs. | ) |
| Milano Furniture, LLC, et al, | ) |
| Defendants. | ) |

   IT IS SO ORDERED that the above-entitled action is hereby dismissed with prejudice pursuant to Fed. R. Civ. P. Rule 41(a)(1).

Date: 5/21/2012

                              /s/ John A. Mendez_____
                              U. S. District Court Judge

PROPOSED ORDER RE REQUEST FOR DISMISSAL

CIV: S-12-676-JAM-KJN- 1

PDF created with pdfFactory trial version www.pdffactory.com